■ In the Matter of BRUCE MILLER, Respondent, v RUSSELL C. SIRAGUSE, as Director of Newark Development Center, Appellant.—Judgment unanimously reversed on the law without costs and petition dismissed. Memorandum: Special Term erred in ordering a due process hearing and directing respondent to justify the termination of petitioner, a probationary employee. Evidence in the record supporting the conclusion that performance was unsatisfactory establishes that the discharge was made in good faith. Therefore, no hearing was required *(see, Matter of Johnson v Katz,* 68 NY2d 649, 650; *Matter of York v McGuire,* 63 NY2d 760, 761). Moreover, since

petitioner did not establish that respondent disseminated a false impression about the reason for his termination, there is no need for a name-clearing hearing *(see, Matter of Lentlie v Egan,* 61 NY2d 874, 875-876). (Appeal from judgment of Supreme Court, Monroe County, Curran, J.—art 78.) Present—Dillon, P. J., Callahan, Green, Pine and Lawton, JJ.